UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HENRY GRAJALES-EL, | |
|     Plaintiff, | CIVIL ACTION NO. 1:21-CV-0572 |
| v. | |
| AMAZON PRIME, et al., | (MEHALCHICK, M.J.) |
|     Defendants. | |

**ORDER**

AND NOW, this 25th day of August, 2021, in accordance with the Memorandum filed concurrently herewith, it is hereby **ORDERED** that, having determined that Plaintiff's complaint (Doc. 1) fails to state a claim upon which relief can be granted, Plaintiff is granted leave to file an amended complaint within **30 days of the date of this Order, or on or before September 24, 2021**.

                                            BY THE COURT:

                                            *s/ Karoline Mehalchick*
                                            **KAROLINE MEHALCHICK**
                                            **United States Magistrate Judge**